Court of Crim. Appeals
Of. Texas
Clerk, Abel Acosta
P.O. Box 12308
Austin, TX. 78711

Mr. Steve Vic Parker
-AKA- Jerry Wilson #590690
Estelle Unit T.D.C.J.
FM. 3478
Huntsville, TX. 77320

RECEIVED
COURT OF CRIMINAL APPEALS
SEP 18 2015
Abel Acosta, Clerk

Date: Sept. 14th, 2015
RE: Notification from Court for Tr. Ct. No.# 2010-447-C1E

Dear Mr. Acosta,

     I am contacting this office today to inquire in referrance to a Writ of Habeas Corpus pursuant to Art. 11.07 C.C.P. Now pending before this Honorable Appeals Court, under the Above numbered Cause.

    As of this date of this letter to your office I have NOT been Notified by this Hon. Court of App. that this Court has Received the Art. 11.07 Writ Application and Response from the McLennan County Clerk's office.

    Therefore can you Please Provide me with Proper Notice.

    Thank you in Advance for your Attention in this matter.

Respectfully Requested,

Steve Vic Parker
-AKA- Jerry Wilson #590690
Applicant

cc: #01